UNITED STATES OF AMERICA, Appellant, v. LOUIS H. PINK, Superintendent of Insurance of the State of New York, and as Liquidator of the DOMESTICATED UNITED STATES BRANCH OF THE FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827, Respondent, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See post, p. 886.]

MYRTLE ANNIE SEGAR, as Executrix of and Trustee under the Last Will and Testament of ELZIE CRISLER SEGAR, Deceased, Respondent, v. KING FEATURES SYNDICATE, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [173 Misc. 1036.]

SOUTHERN KRAFT CORPORATION, Respondent, Appellant, v. STANDARD CAPITAL CORPORATION, Appellant, Respondent.— Orders unanimously affirmed, without costs, on the ground that there are isses of fact that must await a trial. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HARRY EDZANT, Appellant, v. EDWARD J. PARKINSON, as Receiver of the Rents, Issues and Profits Arising Out of Premises 342 Madison Avenue, Borough of Manhattan, New York City, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SPOTLESS STORES, INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MAX GREENBERG, Respondent, v. GREEN BUS LINES, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ULISES AUGUSTO LANDRAU, as Administrator, etc., of JOSE LANDRAU, Deceased, Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SADIE WECSLER, Appellant, v. BERTHA H. KATZ and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERSHEY FARMS, INC., Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted on the ground that the uncontradicted evidence adduced upon the trial failed to establish that defendant was guilty of the crime charged in the information; and that by the testimony of the People's witnesses, it was affirmatively shown that the adulterated milk in question was never " in the possession of or held, kept or offered for sale " by defendant. (N. Y. City Sanitary Code, § 152.) Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CLINTON COTTON MILLS, Respondent, v. NEW YORK KNEE PANTS CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.